# CERTIFICATE OF SERVICE

**Case number: 1505995**

The following entities were served by 1st Class Mail.

**LOTHAR DAMASCHUN JR and KATRINA ANN BAILEY DAMASCHUN  7221 KERRY COURT FAIRVIEW, TN  37062**

ATTY: JAMES FLEXER PLLC  1900 CHURCH STREET SUITE 400 NASHVILLE, TN  37203-7203

JAMES FLEXER PLLC  1900 CHURCH STREET SUITE 400 NASHVILLE, TN  37203-7203

STUFF IT IN  2886 FAIRVIEW BLVD FAIRVIEW, TN  37062

BLAKENSHIP CPA GROUP  308 E COLLEGE ST DICKSON, TN  37055

BANK OF AMERICA  4161 PIEDMONT PKWY GREENSBORO, NC  27410

WILSON AND ASSOCIATES PLLC  5300 MARYLAND WAY STE 103 BRENTWOOD, TN  37027

NASH ADJ BUREAU  AGT FOR ST THOMAS WEST HOSP P O BOX 198988 NASHVILLE, TN  37219

CITIBANK SD NA  ATTN CENTRALIZED BK P O BOX 20363 KANSAS CITY, MO  64195

US DEPT OF EDUCATION  CLAIMS FILING UNIT P O BOX 8973 MADISON, WI  53708

DISCOVER BANK  DISCOVER PRODUCTS P O BOX 3025 NEW ALBANY, OH  43054

HERITAGE MEDICAL ASSOCIATES  FOX COLLECTION CENTER P O BOX 528 GOODLETTSVILLE, TN  37070

EMERGENCY MED CONSULTANTS  FOX COLLECTION CTR P O BOX 528 GOODLETTSVILLE, TN  37070

ECMC  LOCK BOX 8682 P O BOX 16478 ST PAUL, MN  55116-0478

IRS  MDP 146 801 BROADWAY NASHVILLE, TN  37203

ST THOMAS HOSPITAL  NASHVILLE ADJUSTMENT BUREAU P O BOX 198988 NASHVILLE, TN  37219

1305 CLAIM  NO ADDRESS GIVEN ,   00000

PAYPAL CREDIT  P O BOX 105658 ATLANTA, GA  30348

BANK OF AMERICA NA  P O BOX 15102 WILMINGTON, DE  19886

SLATE CHASE  P O BOX 15123 WILMINGTON, DE  19850

CHASE CARD  P O BOX 15298 WILMINGTON, DE  19850-5298

BANK OF AMERICA NA  P O BOX 15312 WILMINGTON, DE  19850

DISCOVER FIN SVCS LLC  P O BOX 15316 WILMINGTON, DE  19850

ECMC  P O BOX 16408 ST PAUL, MN  55116

ECAST SETTLEMENT CORPORATION  P O BOX 29262 NEW YORK, NY  10087

AES EDSOUTH  PA WBR OF NH P O BOX 61047 HARRISBURG, PA  17106

UNITED STATES TREASURY  P O BOX 7317 PHILADELPHIA, PA  19101-7317

INTERNAL REVENUE SERVICE  P O BOX 7346 PHILADELPHIA, PA  19101-7346

US DEPT OF ED GLELSI  P O BOX 7860 MADISON, WI  53707

US DEPT OF EDUCATION  P O BOX 790321 ST LOUIS, MO  63197-0321

M AND T BANK  P O BOX 840 BUFFALO, NY  14240

BANK OF AMERICA  P O BOX 982235 EL PASO, TX  79998

BANK OF AMERICA NA  P O BOX 982284 EL PASO, TX  79998

M & T BANK  PAYMENT PROCESSING P O BOX 1288 BUFFALO, NY  14240

COMENITY CAPITAL BANK  WEINSTEIN AND RILEY 2001 WESTERN AVENUE STE 400 SEATTLE, WA  98121

COMENITY CAPITAL BANK  WEINSTEIN AND RILEY PS P O BOX 3978 SEATTLE, WA  98124

**I declare under the penalty of perjury that I have served the Chapter 13 Trustee's Final Report on the above listed entities, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

|  | Signature: | /s/ Henry E Hildebrand, III |
|---|---|---|
| **Date: Jul 25, 2018** |  | Chapter 13 Trustee |